UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-00017-LDG-NJK** |
| | ) | |
| | ) | **ORDER CONTINUING** |
| Plaintiff, | ) | **SENTENCING HEARING** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PALALAY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for September 14, 2015, at the hour of 10:00 a.m., be vacated and continued to  Monday, October 19 , 2015 at the hour of  11:00   a .m.

DATED this 14th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE